# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case 16-36960 |
| | ) | |
| TYCEE HIGHTOWER, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Barnes |
| | ) | |

## NOTICE OF AMENDED MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via first-class US mail:**
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead, at 219 S. Dearborn Street, Chicago, Illinois 60604, and present the attached **Motion to Modify Plan** at which time and place you may appear:

> JUDGE:   Barnes
> ROOM:    744
> DATE:    October 19, 2017
> TIME:    9:30am

/s/ Jason Cotey
Jason Cotey, A.R.D.C. #6311525
Attorney for the Debtor(s)

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before September 28, 2017, at 5:30p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Jason Cotey
Jason Cotey, A.R.D.C. #6311525
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

## Service List

*The following persons or entities who have been served via first-class U.S. Mail, postage prepaid:*

Tycee L. Hightower
1152 W. 102nd St,
Chicago, IL 60643

AmeriCredit Financial Services, Inc. dba GM Finance
P O Box 183853
Arlington, TX 76096

Chicago Patrolmen's Federal Credit Union
Trunkett & Trunkett, P.C.
20 N Wacker Ste 1434
Chicago, IL 60606

Metrosouth Medical Center
c/o Komyatte & Casbon, PC
9650 Gordon Drive
Highland, IN 46322

Corporate America Fcu
2445 Alft Lane
Elgin, IL 60124

NAVIENT CFC
C/O Navient Solutions, Inc.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, Inc. on behalf of
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Bank of America N.A.
P O Box 982284
El Paso, TX 79998-2238

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK, N.A.
(ORCHARD BANK)
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK, N.A.
(CAPITAL ONE BANK, N.A.)
POB 41067
Norfolk, VA 23541

Illinois Department of Human Services
IL Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| In Re: | ) | Case 16-36960 |
|---|---|---|
|  | ) |  |
| **TYCEE HIGHTOWER,** | ) | **Chapter 13** |
|  | ) |  |
| **Debtor(s)** | ) | **Judge Barnes** |
|  | ) |  |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, TYCEE HIGHTOWER, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On November 21, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on February 23, 2017. Marilyn O. Marshall was appointed Trustee in this case.

3. Debtor has paid $3,663.33 into her case over the 10 months since the petition was filed and is substantially current with her plan payments.

4. The confirmed plan provides that the Debtor will provide her federal income tax refund to the Trustee each year for the benefit of creditors.

5. The Debtor received a federal income tax refund in the amount of $2,806.00 for the year 2016.

6. The Debtor seeks to retain $1,948.45 of her 2016 federal income tax refund to pay for an automobile repair. See Exhibit A.

7. The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to retain $1,948.45 of her 2016 refund and to defer the remaining amount of $857.55 to the end of her plan. Debtor makes this proposal with the intention of completing her Chapter 13 plan and deferring the remaining tax refund default will not cause her plan to run over 60 months.

8. The Debtor seeks this modification in good faith and with no intent to defraud creditors.

WHEREFORE, the DEBTOR, TYCEE HIGHTOWER, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

                              Respectfully Submitted,

                              /s/ Jason Cotey
                              Jason Cotey, A.R.D.C. #6311525
                              Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

**COOL RITE RADIATORS**                                        Page 1
11701 S PULASKI RD                         Estimate Date: 01/19/2017   15:06
ALSIP, IL 60803
Phone:          7085972818
FAX:            7085971918

## Thank you for your business.

**Quote to:**                                Year:   2007
                                             Make:   SATURN
TYCEE HIGHTOWER                              Model:  ION
1152 W 102ND ST
CHICAGO, IL 60643
3125452315

| Parts        |          | $      | Labor | Hrs |
|--------------|----------|--------|-------|-----|
| FRONT HUB    | 22701520 | 235.00 |       | 1.3 |
| SHOES        | 15782690 | 54.00  |       | 0.5 |
| FRONT PADS   | 22702612 | 54.60  |       | 1.5 |
| FRONT ROTORS | 22708796 | 101.40 |       | 1   |
| DRUMS        | 15839051 | 104.16 |       | 1   |
| LINK         | 20784686 | 76.00  |       | 1.5 |
| RADIATOR     | 10366667 | 450.00 |       | 1.2 |
| OIL & FILTER |          | 39.34  |       | 0.5 |
|              |          |        | 8.5 Hrs @ $85.00 | |

Parts      1114.50
Labor       722.50
Sub Total  1837.00
Parts Tax   111.45
Total $    1948.45

Estimating data © 2016 MOTOR Information Systems, Hearst Business Media

Exhibit A