# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Tycee L. Hightower | ) | Chapter 13 |
| | ) | Case No. 16 B 36960 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Tycee L. Hightower  
1152 W. 102nd St,  
Chicago, IL 60643

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On December 06, 2018 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, November 29, 2018.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On November 21, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on February 23, 2017, for a term of 36 months with payments of $375.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 24 | $11,743.00 | $9,028.50 | $2,714.50 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/29/2018  
Due Each Month: $375.00  
Next Pymt Due: 12/21/2018

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/22/2018 | RSTSERVICE RE | $173.07 | 07/06/2018 | RSTSERVICE RE | $173.07 |
| 07/20/2018 | RSTSERVICE RE | $173.07 | 08/03/2018 | RSTSERVICE RE | $173.07 |
| 08/17/2018 | RSTSERVICE RE | $173.07 | 08/31/2018 | RSTSERVICE RE | $173.07 |
| 09/14/2018 | RSTSERVICE RE | $173.07 | 09/28/2018 | RSTSERVICE RE | $173.07 |
| 10/12/2018 | RSTSERVICE RE | $173.07 | 10/26/2018 | RSTSERVICE RE | $173.07 |
| 11/09/2018 | RSTSERVICE RE | $173.07 | 11/26/2018 | RSTSERVICE RE | $173.07 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE